UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:18-cv-50-FDW

| | |
|---|---|
| AJANAKU MURDOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| KEVIN INGRAM, et al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on *pro se* Plaintiff's Motion to Object to Any Future Dispositive Motions by Defendants, (Doc. No. 49), and Request that Rule 36(a)(3), Fed. R. Civ. P. be implemented in Plaintiff's Favor/Motion to Compel Discovery, (Doc. No. 50).

In the Motion to Object, the Plaintiff asks the Court to prohibit Defendants from filing any future dispositive motions because the deadline to do so has expired. No dispositive motion is pending before the Court and it will not render advisory opinions. Therefore, Plaintiff's Motion will be denied.

In his Request, Plaintiff asks the Court to deem the Request for Admissions to which Defendants allegedly failed to respond, be deemed admitted, and that the Defendants be required to produce the requested documents and answer Plaintiff's interrogatories. To the extent that Plaintiff seeks the Court's ruling on Defendants' alleged admissions, this is essentially a request for an advisory opinion that will be denied. This denial is without prejudice to raise any evidentiary objections for trial at the appropriate time. To the extent that Plaintiff seeks to compel discovery, this request will be denied. The discovery cutoff date expired on August 13, 2019. See (Doc. Nos. 25, 39). This Motion to Compel is thus untimely and will be denied.

1

**IT IS, THEREFORE, ORDERED** that:

(1) Plaintiff's Motion to Object to Any Future Dispositive Motions by Defendants, (Doc. No. 49), is **DENIED**.

(2) Plaintiff's Request that Rule 36(a)(3), Fed. R. Civ. P. be Implemented in Plaintiff's Favor/Motion to Compel Discovery, (Doc. No. 50), is **DENIED**.

Signed: February 19, 2020

Frank D. Whitney
Chief United States District Judge