# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Ajanaku Murdock, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 3:18-cv-00050-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| Kevin Ingram | ) | |
| FNU Herring | ) | |
| Nicholas S. Owens | ) | |
| North Carolina Department of Public Safety, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2021 Order.

February 1, 2021

Frank G. Johns, Clerk
United States District Court